1  ARIEL STERN, ESQ.
   Nevada Bar No. 8276
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
4  AKERMAN LLP
   1635 Village Center Circle, Suite 200
5  Las Vegas, Nevada 89134
   Telephone:  (702) 634-5000
6  Facsimile:   (702) 380-8572
   Email: ariel.stern@akerman.com
7  Email: natalie.winslow@akerman.com
   Email: jamie.combs@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WING-WAH HO, and WAI CHING EILEEN HO, individuals<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, a Delaware Limited Liability Company; DOES I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00615-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULES FOR SHELLPOINT'S MOTION TO DISMISS [ECF No. 5] AND MOTION TO STAY DISCOVERY [ECF No. 7]**<br><br>**(FIRST REQUEST)** |

NewRez LLC d/b/a Shellpoint Mortgage Servicing, LLC (**Shellpoint**) and Wing-Wah Ho and Wai Ching Eileen Ho (collectively **Plaintiffs**), hereby stipulate that Shellpoint shall have an additional seven (7) days, up to and including **May 26, 2021**, to file its reply in support of its motion to dismiss complaint (ECF No. 5). Shellpoint's reply is currently due May 19, 2021. The parties also stipulate that Plaintiffs shall have an additional eight (8) days, up to and including **June 1, 2021**, to file their opposition to Shellpoint's motion to stay discovery (ECF No. 7). Plaintiffs' opposition is currently due May 24, 2021.

///

58254211;1

This is the parties' first request for extensions of these deadlines. These extensions are not intended to cause any delay or prejudice to any party.

DATED this 18th day of May, 2021.

| **AKERMAN LLP** | **THE BALL LAW GROUP** |
|---|---|
| */s/ Jamie K. Combs* <br> ARIEL STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing, LLC* | */s/ Zachary T. Ball* <br> ZACHARY T. BALL, ESQ. <br> Nevada Bar No. 8364 <br> 1935 Village Center Circle, Suite 120 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Wing-Wah Ho and Wai Ching Eileen Ho* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: May 19, 2021

58254211;1